UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-__00247-IM_____ |
| v. | INFORMATION |
| JERUSALEM A. CALLAHAN, | 40 U.S.C. § 1315 |
| | 41 C.F.R. § 102.74.380(b) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Willfully Damaging or Destroying Property)**
**(41 C.F.R. § 102.74.380(b))**

On or about July 21, 2020, in the District of Oregon, defendant **JERUSALEM A. CALLAHAN** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse, and did willfully damage and destroy property while on the property;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.380(b), a class C misdemeanor.

Dated: July 22, 2020                                    Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Paul T. Maloney*_____
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney