BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JERUSALEM A. CALLAHAN,<br><br>**Defendant.** | 3:20-cr-00247-IM<br><br>**GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE**<br><br>**Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020 without prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: February 16, 2021

                                                             Respectfully submitted,

                                                             BILLY J. WILLIAMS
                                                             United States Attorney

                                                             <u>s/ *Pamela Paaso*</u>
                                                             PAMELA PAASO
                                                             Assistant United States Attorney